IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARMEN LOZANO,

     Appellant,

v.

MACYS AND MACY'S SELF
INSURED,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-798

_____/

Opinion filed September 23, 2014.

An appeal from an order of the Judge of Compensation Claims.
Charles M. Hill III, Judge.

Date of Accident: March 5, 2010.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, William Haro of
Richard E. Zaldivar, P.A., Miami, for Appellant.

Mark A. Touby and Charlie Martinez of Charlie Martinez, P.A., Miami Lakes, for
Appellee.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, WETHERELL, AND MAKAR, JJ., CONCUR.